UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS ALEXANDER | No. 2: 15-cv-2681 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This proceeding was referred to the undersigned by Eastern District of California Local Rule 302(c)(21).

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). Plaintiff has submitted the affidavit required by Section 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. ECF 2. Accordingly, the request to proceed in forma pauperis will be GRANTED. 28 U.S.C. § 1915(a).

Pursuant to the requirements of 28 U.S.C. § 1915 the court has screened the Complaint and finds that plaintiff's action may proceed.

Plaintiff also seeks appointment of counsel. That request will be DENIED without prejudice. At this stage in the proceeding, the court is unable to determine whether a request for pro bono representation would be appropriate in this case.

Finally plaintiff requests that this court order the Sacramento Superior Court to stay an

action filed there alleging similar claims against the same defendants.  That request will be denied as this court has no authority to issue orders to a state Superior Court.

In light of the foregoing IT IS ORDERED THAT:

1. Plaintiff's Motion for in forma pauperis status is GRANTED;

2. Plaintiff's Motion for appointment of counsel is DENIED;

3. Plaintiff's Motion for an Order directing the Sacramento Superior Court to stay proceedings on an action pending there is DENIED;

4. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

5. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

6. Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

If a defendant waives service, the defendant is required to return the signed waiver to the United States Marshal.  If the Marshal has already attempted personal service, the filing of an answer or a responsive motion will not relieve a defendant from the potential obligation to pay

1 | the costs of service pursuant to Federal Rule of Civil Procedure 4(d)(2).

2 | The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I"

3 | Street, Sacramento, CA 95814, Tel. No. (916) 930-2030.

4 |       7.      Plaintiff's failure to comply with this order may result in a recommendation that

5 | this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 110

6 | and 183(a).

7 | **IT IS SO ORDERED**.

8 | DATED: December 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE